1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Adolfo Pineda-Valladares

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10                **(HONORABLE LEO S. PAPAS)**

11 | UNITED STATES OF AMERICA,    )  Case No. 08MJ0840
                                  )
12 |         Plaintiff,            )
                                  )
13 | v.                            )  **CERTIFICATE OF SERVICE**
                                  )
14 | ADOLFO PINEDA-VALLADARES,     )
                                  )
15 |         Defendant.            )
   |_____)

17    Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                    U.S. Attorney CR
                  Efile.dkt.gc2@usdoj.gov

20                            Respectfully submitted,

22 DATED:   March 19, 2008        /s/ Elizabeth M. Barros
                                  **ELIZABETH M. BARROS**
23                                Federal Defenders of San Diego, Inc.
                                  Attorneys for Adolfo Pineda-Valladares